⬥Prob 12C
(Rev 05/19 - D/SC)

# United States District Court

for

## District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bryant Oneal Fulton      **Case Number:** 4:06CR00207-007

**Name of Sentencing Judicial Officer:** The Honorable Terry L. Wooten, Senior United States District Judge

**Date of Original Sentence:** June 21, 2007

**Original Offense:** Count One: Conspiracy to Distribute 50 grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846 and 851 (Enhanced Penalties)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for two hundred forty (240) months to be followed by a ten (10) year term of supervised release with the following special conditions: 1) The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer; and 2) The defendant shall pay a special assessment fee of $100 (paid in full on March 10, 2011).

On July 7, 2010, pursuant to a Rule 35(b) sentence reduction, Mr. Fulton's term of imprisonment was reduced from 240 months to 144 months, all other conditions remained as previously imposed.

On November 10, 2014, pursuant to a 18 U.S.C. § 3582 (c)(2) sentence reduction, Mr. Fulton's term of imprisonment was reduced from 144 months to 125 months, all other conditions remained as previously imposed.

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** September 15, 2015

**Assistant U.S. Attorney:** A. Bradley Parham       **Defense Attorney:** Michael A. Meetze

**Previous Court Action/Notification(s):** On February 4, 2016, a Request for Modifying the Conditions of Supervised Release was submitted to the Court requesting that Mr. Fulton participate in the DROPS drug testing program, as well as thirty (30) days of intermittent confinement, while being supervised in the Western District of North Carolina. This modification was requested due to Mr. Fulton admitting to using cocaine. On February 5, 2016, Your Honor agreed to the modification.

### PETITIONING THE COURT

[X] To issue a warrant

[ ] To issue a summons

Prob 12C                                                                                                          Page 2
(Rev 05/19 - D/SC)

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct: Financial Card Forgery (Warrant No: 19CR242328):** On November 1, 2019, Mr. Fulton was arrested by the Charlotte-Mecklenburg Police Department (CMPD) for Financial Card Forgery. According to the incident report, CMPD and representatives with Direct Express (the issuer of financial transaction cards that receive disbursements from the federal government in the form of social security, disability and VA benefits) had been conducting a fraud investigation. On the above-referenced date, the arresting officer made contact with Mr. Fulton after being informed that multiple fraudulent transactions were occurring at 6101 South Boulevard in Charlotte, North Carolina. Mr. Fulton was followed to an apartment complex, where he was approached and questioned by law enforcement. Following a consent search, Mr. Fulton was found to be in possession of 20 financial transaction cards located in his wallet, several with his name on them and two with the name of "Leonard Thomas". Law enforcement ran the cards through a card reader, and it was discovered that 15 cards were fraudulently embossed and encoded with Direct Express card information. Subsequently, Mr. Fulton was arrested and charged with Financial Card Forgery. Upon questioning, Mr. Fulton admitted to purchasing the cards for $100.00 from a store in the Charlotte, North Carolina, area. According to Direct Express, Mr. Fulton was successful in using multiple cards to obtain $1,400.00 from an ATM. He was released on a $5,000.00 bond, and his case is still pending in Mecklenburg County Superior Court, Charlotte, North Carolina. |
| 2 | **Illegal Use of Drugs – Cocaine:** On November 19, 2015, Mr. Fulton provided a urine specimen which tested negative, invalid. At that time, Mr. Fulton signed an Admission of Drug Use Form stating he used cocaine prior to the test. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 23, 2020__

Michael McMillian
United States Probation Officer
Florence Office


Reviewed and Approved By:

Robert S. Anderson
Supervising U.S. Probation Officer

Prob 12C
(Rev. 05/19 - D/SC)

Page 1

## THE COURT ORDERS:

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

---

**BOND CONSIDERATION:**

_signature_
The Honorable Terry L. Wooten
Senior United States District Judge

1/23/20
Date